```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0074--CR (JWS)
                  "USA V JOSEPH LEE GREEN"
                  DEF 1.1 GREEN, JOSEPH LEE

     Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  05/20/04
            Closed:  03/23/05
 No. of Defendants:  1
    MJ Case Number:  A04-0114--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Robert M. Herz
                    425 G Street, Suite 600
                    Anchorage, AK 99501
                    907-277-7171
                    FAX 907-277-0281
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 GREEN, JOSEPH LEE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841(a)(1), (b)(1)(A)(B)&(C) DISTRIBUTION OF COCAINE BASE (F) | Dismissed (29-1) |
| 1 -  1 IND | 2 | 21:841(a)(1), (b)(1)(C) DISTRIBUTION OF METHAMPHETAMINE (F) | Dismissed (29-1) |
| 1 -  1 IND | 3 | 21:841(a)(1), (b)(1)(C) DISTRIBUTION OF METHAMPHETAMINE (F) | Sentenced (29-1) |
| 1 -  1 IND | 4 | 18:922(g)(3), 924(a)(2) PROHIBITED PERSON IN POSSESSION OF FIREARM (F) | Sentenced (29-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0074--CR (JWS)
                                  "USA V JOSEPH LEE GREEN"

                                       For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 05/20/04
            Closed: 03/23/05
No. of Defendants: 1


Document #   Filed      Docket text

NOTE -   1   04/28/04   [Re: DEF 1] Issued WOA in A04-114MJ (JDR).

NOTE -   2   05/20/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/29/04 in
                        A04-114MJ (JDR).

NOTE -   3   05/20/04   Notation: Proposed Trial Date Setting for Arr to USDJ.

    1 -  1   05/20/04   [Re: DEF 1] PLF 1 Indictment.

    2 -  1   05/20/04   [Re: DEF 1] JDR Grand Jury Minutes re no bail set; def in custody; set
                        for arr & notify USM & cnsl.

    3 -  1   05/20/04   [Re: DEF 1] Documents #2 through #10 transferred from: A04-114MJ (JDR).

    4 -  1   05/20/04   [Re: DEF 1] JDR Minute Order re Arr set for 5/21/04 at 2:00 p.m. cc:
                        USA, R. Herz, USM, USPO

    5 -  1   05/24/04   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                        hld 5/21/04; R. herz apptd; def pled not guilty; def detained; PTM;s due
                        6/10/04; cnsl advised of trial date of 7/26/04. cc: USA, R. Herz, USM,
                        USPO, Judge Sedwick

    6 -  1   05/24/04   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                        confer by 6/10/04; PTM's due 5/25/04. cc: USA, R. Herz

    7 -  1   06/02/04   [Re: DEF 1] JWS Minute Order setting TBJ on 7/26/04 at 9:00 a.m. and
                        FPTC on 7/26/04 at 8:30 a.m.. cc: USA, R. Herz, USPO, USM, MJ Roberts,
                        JC

    8 -  1   06/02/04   [Re: DEF 1] JWS Minute Order that no replies are to be fld unless
                        requested by DJ or MJ. cc: USA, R. Herz, MJ Roberts

    9 -  1   06/03/04   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   10 -  1   07/16/04   DEF 1 Notice of Intent to change plea.

   11 -  1   07/16/04   {SEALED}

   12 -  1   07/19/04   [Re: DEF 1] JWS Minute Order setting PCOP for 07/20/04 at 9:00 a.m.;
                        vacating FPTC & TBJ set for 07/26/04. cc: USA, R. Herz, USM, USPO, MJ
                        Roberts, JC

   13 -  1   07/20/04   {SEALED}

   14 -  1   09/14/04   DEF 1 Unopposed motion on shortened time to continue sentencing.

   15 -  1   09/15/04   [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue
                        sentencing (14-1); IOS reset to 11/16/04 @ 8:30 a.m.. cc: USA, R. Herz,
                        USM, USPO
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0074--CR (JWS)
                              "USA V JOSEPH LEE GREEN"
```

                              For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 10/15/04 | DEF 1 Unopposed motion on shortened time to extend the deadline for filing objections to the draft pre-sentence report until 10/22/04. |
| 17 - 1 | 10/18/04 | [Re: DEF 1] JWS Order granting unopposed motion on shortened time to extend the deadline for filing objs to draft pre-sentence report (16-1). The objs are now due 10/22/04.  cc: AUSA, R. Herz, USM, USPO |
| 18 - 1 | 11/12/04 | DEF 1 Unopposed motion on shortened time to continue sentencing with (att aff UNDER SEAL). |
| 19 - 1 | 11/15/04 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue sentencing (18-1); IOS reset to 1/25/05 @ 8:30 a.m.. cc: USA, R. Herz, USM, USPO |
| 20 - 1 | 12/15/04 | DEF 1 Sentencing Memorandum. |
| 21 - 1 | 01/19/05 | DEF 1 Unopposed motion on shortened time to continue 1/25/05 sentencing w/att aff. |
| 22 - 1 | 01/20/05 | [Re: DEF 1] RRB Order granting unoppo mot on shortened time to continue 1/25/05 sentencing (21-1); IOS reset to 3/18/05 @ 9:00 a.m.. cc: USA, R. Herz, USM, USPO |
| 23 - 1 | 03/11/05 | DEF 1 Unopposed motion on shortened time to extend time to file supplemental sentencing memo. |
| 24 - 1 | 03/11/05 | [Re: DEF 1] PLF 1 sentencing memo. |
| 25 - 1 | 03/14/05 | [Re: DEF 1] RRB Order granting unoppo mot on shortened time to extend time to file suppl sentencing memo on 3/14/05 (23-1). cc: USA, R. Herz |
| 26 - 1 | 03/14/05 | {SEALED} |
| 27 - 1 | 03/16/05 | [Re: DEF 1] PLF 1 Notice to intend to call a witness at sentencing hearing. |
| 28 - 1 | 03/17/05 | {SEALED} |
| 29 - 1 | 03/23/05 | [Re: DEF 1] JWS Judgment dism cts 1,2 of Indt (1-1); pleaded guilty to cts 3,4 Indt (1-1); sentenced to 76 mos impr on cts 3 & 4 to run concur; def remanded to USM; 36 mos SR on both cts to run concur; $200.00 SA. cc: USA, R. Herz, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 30 - 1 | 03/23/05 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: I.O.S.(held 03/18/05); Sentenced as stated in the judg: Cts 1 & 2 of Indt dism on mot of USA.  cc: USA, R. Herz, USPO, USM. |
| 31 - 1 | 05/06/05 | [Re: DEF 1] Partial Transcript Imposition of Sentence (held 03/18/04). |
| 32 - 1 | 09/14/05 | USM Return of svc on judgment re: DEF 1 on 7/25/05 to FPC Montgomery, AL at Maxwell, AFB. |